Last revised: August 1, 2017

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: Gregory J. Yurick
Joanne D. Yurick

Case No.: 17-13991
Judge: VFP

Debtor(s)

**CHAPTER 13 PLAN AND MOTIONS - AMENDED**

☐ Original    ■ Modified/Notice Required    Date: November 15, 2017
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  RLL    Initial Debtor: GJY    Initial Co-Debtor  JDY

**Part 1: Payment and Length of Plan**

a. The debtor shall pay  991.00 Monthly*  to the Chapter 13 Trustee, starting on  March 1, 2017  for approximately  60  months.

1

    b.  The debtor shall make plan payments to the Trustee from the following sources:
- ☒ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

    c.  Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

    d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e.  ☐  Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection     ☒ NONE

    a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 2,500.00 |
| State of New Jersey | Taxes and certain other debts | 2,365.00 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
    Check one:
    ■ None
    ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| RSI BANK | 2349 Whittier Street Rahway, NJ 07065 Union County | 13,118.99 | 4.13 | 13,660.44 | 1,861.09 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the

3

allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ■ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| CHASE AUTO | 2004 Chevrolet Silverado 121,000 miles | 3,678.31 |

## Part 5: Unsecured Claims    X NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $_____ to be distributed *pro rata*

■ Not less than ___100___ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

4

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ■ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C.

5

Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification  ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: February 28, 2017.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To Treat Chase Auto for 2014 Silverado. | To treat secured claim from Chase Auto for 2014 Silverado. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☐ NONE
■ Explain here:
*This plan is a step plan or has lumpsum payments as follows: $991.00 per month for 8 months, then $1,000.84 per month for 52 months

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    November 15, 2017        /s/ Russell L. Low
                                  Russell L. Low 4745
                                  **Attorney for the Debtor**

Date:   November 15, 2017        /s/ Gregory J. Yurick
                                  Gregory J. Yurick
                                  **Debtor**

Date:   November 15, 2017        /s/ Joanne D. Yurick
                                  Joanne D. Yurick
                                  **Joint Debtor**

## Signatures

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date    November 15, 2017        /s/ Russell L. Low
                                  Russell L. Low 4745
                                  **Attorney for the Debtor**

I certify under penalty of perjury that the above is true.

Date:   November 15, 2017        /s/ Gregory J. Yurick
                                  Gregory J. Yurick
                                  **Debtor**

Date:   November 15, 2017        /s/ Joanne D. Yurick
                                  Joanne D. Yurick
                                  **Joint Debtor**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-13991-VFP
Gregory J. Yurick                                                   Chapter 13
Joanne D. Yurick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2                Date Rcvd: Nov 16, 2017
                              Form ID: pdf901          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
```
db/jdb         +Gregory J. Yurick,    Joanne D. Yurick,    2349 Whittier Street,    Rahway, NJ 07065-3735
516675559     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675562     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
516675566      +CHASE AUTO,    PO BOX 901003,    FT WORTH, TX 76101-2003
516675567      +CHASE BP PRVT LBL,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516675568      +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516675570      +CITI-SHELL,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
516838081       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516675565      +Celentano, Stadtmauer & Walentowicz,LLP,    1035 Route 46 East, Suite B208,    P.O Box 2594,
                Clifton, NJ 07015-2594
516906218      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
516675575     +EXXMBLCITI,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
516675574      +Englewood Hospital & Medical Center,    PO Box 48304,    Newark, NJ 07101-8504
516675576      +FNB OMAHA,    PO BOX 3412,    OMAHA, NE 68103-0412
516675581      +SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
516872680     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516675586      +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2017 22:40:51     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2017 22:40:49     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
516675571      +E-mail/Text: mrdiscen@discover.com Nov 16 2017 22:40:19     DISCOVER FIN SVCS LLC,
                PO BOX 15316,    WILMINGTON, DE 19850-5316
516675573      +E-mail/Text: dplbk@discover.com Nov 16 2017 22:41:06     DISCOVER PERSONAL LOAN,    PO BOX 30954,
                SALT LAKE CITY, UT 84130-0954
516685212       E-mail/Text: mrdiscen@discover.com Nov 16 2017 22:40:19     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516675578      +E-mail/Text: bky@martonelaw.com Nov 16 2017 22:40:18     Frank J. Martone, P.C.,
                1455 Broad Street,    Bloomfield, NJ 07003-3068
516918238       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 22:48:50
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
516918338       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 22:48:51
                Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,    Norfolk VA 23541
516918323       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 22:54:28
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
516675579      +E-mail/Text: tfitzsimmons@rsibanking.com Nov 16 2017 22:40:20     RSI BANK,    1500 IRVING ST,
                RAHWAY, NJ 07065-4008
516675583      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 22:43:15     SYNCB/HOME DESIGN HVAC,
                C/O PO BOX 965036,    ORLANDO, FL 32896-0001
516675584      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 22:43:30     SYNCB/LOWES,    PO BOX 965005,
                ORLANDO, FL 32896-5005
516675585      +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 22:43:01     SYNCB/MODELLS,    PO BOX 965005,
                ORLANDO, FL 32896-5005
                                                                                               TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516733059       JPMorgan Chase Bank, N.A.,    po box 29505   Phx, AZ 850385
cr*            +RSI Bank,    1500 Irving St,    Rahway, NJ 07065-4008
516675560*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675561*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675563*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
516675564*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
516675569*     +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516675572*     +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
516675577*     +FNB OMAHA,    PO BOX 3412,    OMAHA, NE 68103-0412
```

```
District/off: 0312-2          User: admin                  Page 2 of 2                  Date Rcvd: Nov 16, 2017
                              Form ID: pdf901              Total Noticed: 29


            ***** BYPASSED RECIPIENTS (continued) *****
516675580*      +RSI BANK,    1500 IRVING ST,    RAHWAY, NJ 07065-4008
516675582*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Division of Taxation,   PO Box 283,
                  Trenton, NJ 08695)
                                                                                             TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor    RSI Bank bky@martonelaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Gregory J. Yurick rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Joanne D. Yurick rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```