Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  17−13991−VFP
           Chapter:  13
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory J. Yurick                                   Joanne D. Yurick
   2349 Whittier Street                             2349 Whittier Street
   Rahway, NJ 07065                             Rahway, NJ 07065

Social Security No.:
   xxx−xx−4836                                       xxx−xx−7497

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on May 8, 2017.

    On 12/20/2017 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                 February 1, 2018
Time:               10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 21, 2017
JAN: dlr

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Gregory J. Yurick
Joanne D. Yurick
    Debtors

Case No. 17-13991-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 21, 2017
                  Form ID: 185     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.

```
db/jdb         +Gregory J. Yurick,    Joanne D. Yurick,    2349 Whittier Street,    Rahway, NJ 07065-3735
516675559     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675562     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
516675566      +CHASE AUTO,   PO BOX 901003,    FT WORTH, TX 76101-2003
516675567      +CHASE BP PRVT LBL,   PO BOX 15298,    WILMINGTON, DE 19850-5298
516675568      +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
516675570      +CITI-SHELL,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
516838081       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516675565      +Celentano, Stadtmauer & Walentowicz,LLP,    1035 Route 46 East, Suite B208,   P.O Box 2594,
                Clifton, NJ 07015-2594
516906218      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
516675575     +EXXMMBLCITI,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
516675574      +Englewood Hospital & Medical Center,   PO Box 48304,    Newark, NJ 07101-8504
516675576      +FNB OMAHA,   PO BOX 3412,    OMAHA, NE 68103-0412
516675581      +SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
516872680    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,   PO BOX 245,    Trenton NJ 08695-0245)
516675586      +THD/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 22:43:49     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 22:43:49     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516675571      +E-mail/Text: mrdiscen@discover.com Dec 21 2017 22:43:32     DISCOVER FIN SVCS LLC,
                PO BOX 15316,   WILMINGTON, DE 19850-5316
516675573      +E-mail/Text: dplbk@discover.com Dec 21 2017 22:43:57     DISCOVER PERSONAL LOAN,   PO BOX 30954,
                SALT LAKE CITY, UT 84130-0954
516685212       E-mail/Text: mrdiscen@discover.com Dec 21 2017 22:43:32     Discover Bank,
                Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
516675578      +E-mail/Text: bky@martonelaw.com Dec 21 2017 22:43:31     Frank J. Martone, P.C.,
                1455 Broad Street,   Bloomfield, NJ 07003-3068
516918238       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 22:51:17
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
516918338       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 22:51:30
                Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,   Norfolk VA 23541
516918323       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 22:51:42
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
516675579      +E-mail/Text: tfitzsimmons@rsibanking.com Dec 21 2017 22:43:34     RSI BANK,   1500 IRVING ST,
                RAHWAY, NJ 07065-4008
516675583      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 22:44:30     SYNCB/HOME DESIGN HVAC,
                C/O PO BOX 965036,   ORLANDO, FL 32896-0001
516675584      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 22:44:48     SYNCB/LOWES,   PO BOX 965005,
                ORLANDO, FL 32896-5005
516675585      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 22:44:30     SYNCB/MODELLS,   PO BOX 965005,
                ORLANDO, FL 32896-5005
                                                                                             TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516733059       JPMorgan Chase Bank, N.A.,    po box 29505   Phx, AZ 850385
cr*            +RSI Bank,   1500 Irving St,    Rahway, NJ 07065-4008
516675560*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675561*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675563*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
516675564*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
516675569*     +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
516675572*     +DISCOVER FIN SVCS LLC,   PO BOX 15316,    WILMINGTON, DE 19850-5316
516675577*     +FNB OMAHA,   PO BOX 3412,    OMAHA, NE 68103-0412
```

```
District/off: 0312-2          User: admin               Page 2 of 2             Date Rcvd: Dec 21, 2017
                              Form ID: 185              Total Noticed: 29


            ***** BYPASSED RECIPIENTS (continued) *****
516675580*     +RSI BANK,    1500 IRVING ST,    RAHWAY, NJ 07065-4008
516675582*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 283,
                 Trenton, NJ 08695)
                                                                                   TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor    RSI Bank bky@martonelaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Gregory J. Yurick rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Joanne D. Yurick rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```