# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−13991−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory J. Yurick                      Joanne D. Yurick
   2349 Whittier Street                 2349 Whittier Street
   Rahway, NJ 07065                 Rahway, NJ 07065

Social Security No.:
   xxx−xx−4836                            xxx−xx−7497

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on March 1, 2018.

   On 10/18/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                 December 6, 2018
Time:               08:30 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 19, 2018
JAN: dlr

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Gregory J. Yurick
Joanne D. Yurick
          Debtors

Case No. 17-13991-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Oct 19, 2018
                              Form ID: 185               Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db/jdb         +Gregory J. Yurick,    Joanne D. Yurick,    2349 Whittier Street,    Rahway, NJ 07065-3735
516675559     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675566      +CHASE AUTO,   PO BOX 901003,    FT WORTH, TX 76101-2003
516675567      +CHASE BP PRVT LBL,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516675568      +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
516675570      +CITI-SHELL,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
516675565      +Celentano, Stadtmauer & Walentowicz,LLP,    1035 Route 46 East, Suite B208,    P.O Box 2594,
                 Clifton, NJ 07015-2594
516675575      +EXXMBLCITI,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
516675574      +Englewood Hospital & Medical Center,    PO Box 48304,    Newark, NJ 07101-8504
516675576      +FNB OMAHA,   PO BOX 3412,    OMAHA, NE 68103-0412
516675581      +SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
516872680     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516675586      +THD/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2018 22:36:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2018 22:36:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516675562       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 22:42:56
                 CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,    RICHMOND, VA 23238
516838081       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 22:43:20
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516675571      +E-mail/Text: mrdiscen@discover.com Oct 19 2018 22:36:36     DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
516675573      +E-mail/Text: dplbk@discover.com Oct 19 2018 22:37:01     DISCOVER PERSONAL LOAN,   PO BOX 30954,
                 SALT LAKE CITY, UT 84130-0954
516906218      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2018 22:43:23      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516685212       E-mail/Text: mrdiscen@discover.com Oct 19 2018 22:36:36     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
516675578      +E-mail/Text: bky@martonelaw.com Oct 19 2018 22:36:35     Frank J. Martone, P.C.,
                 1455 Broad Street,    Bloomfield, NJ 07003-3068
516918238       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 23:05:36
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516918338       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 22:42:59
                 Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,   Norfolk VA 23541
516918323       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 23:05:36
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
516675579      +E-mail/Text: tfitzsimmons@rsibanking.com Oct 19 2018 22:36:36     RSI BANK,    1500 IRVING ST,
                 RAHWAY, NJ 07065-4008
516675583      +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 22:42:55     SYNCB/HOME DESIGN HVAC,
                 C/O PO BOX 965036,    ORLANDO, FL 32896-0001
516675584      +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 22:43:19     SYNCB/LOWES,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
516675585      +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2018 22:42:55     SYNCB/MODELLS,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
                                                                                             TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516733059      JPMorgan Chase Bank, N.A.,    po box 29505   Phx, AZ 850385
cr*           +RSI Bank,   1500 Irving St,    Rahway, NJ 07065-4008
516675560*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675561*    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516675563*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
516675564*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
516675569*     +CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
516675572*     +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
516675577*     +FNB OMAHA,   PO BOX 3412,    OMAHA, NE 68103-0412

```
District/off: 0312-2                  User: admin                     Page 2 of 2                  Date Rcvd: Oct 19, 2018
                                      Form ID: 185                    Total Noticed: 29

              ***** BYPASSED RECIPIENTS (continued) *****
516675580*      +RSI BANK,    1500 IRVING ST,    RAHWAY, NJ 07065-4008
516675582*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    PO Box 283,
                  Trenton, NJ 08695)
                                                                                             TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor    RSI Bank bky@martonelaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Gregory J. Yurick rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Joanne D. Yurick rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```