Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−13991−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregory J. Yurick
2349 Whittier Street
Rahway, NJ 07065

Joanne D. Yurick
2349 Whittier Street
Rahway, NJ 07065

Social Security No.:
   xxx−xx−4836                                         xxx−xx−7497

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 13, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 13, 2018
JAN: jf

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 17-13991-VFP
Gregory J. Yurick                                                   Chapter 13
Joanne D. Yurick
         Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2                  Date Rcvd: Dec 13, 2018
                               Form ID: 148                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db/jdb         +Gregory J. Yurick,    Joanne D. Yurick,   2349 Whittier Street,   Rahway, NJ 07065-3735
516675566      +CHASE AUTO,    PO BOX 901003,   FT WORTH, TX 76101-2003
516675565      +Celentano, Stadtmauer & Walentowicz,LLP,    1035 Route 46 East, Suite B208,   P.O Box 2594,
                 Clifton, NJ 07015-2594
516675574      +Englewood Hospital & Medical Center,   PO Box 48304,   Newark, NJ 07101-8504
516675576      +FNB OMAHA,    PO BOX 3412,   OMAHA, NE 68103-0412
516872680     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:15     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516675559       EDI: BANKAMER.COM Dec 14 2018 04:59:00     BK OF AMER,   PO BOX 982238,    EL PASO, TX 79998
516675562       EDI: CAPITALONE.COM Dec 14 2018 04:59:00     CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
516675567      +EDI: CHASE.COM Dec 14 2018 04:58:00     CHASE BP PRVT LBL,   PO BOX 15298,
                 WILMINGTON, DE 19850-5298
516675568      +EDI: CHASE.COM Dec 14 2018 04:58:00     CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
516675570      +EDI: CITICORP.COM Dec 14 2018 04:59:00     CITI-SHELL,   PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
516838081       EDI: CAPITALONE.COM Dec 14 2018 04:59:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516675571      +EDI: DISCOVER.COM Dec 14 2018 04:58:00     DISCOVER FIN SVCS LLC,   PO BOX 15316,
                 WILMINGTON, DE 19850-5316
516675573      +EDI: DISCOVERPL Dec 14 2018 04:58:00     DISCOVER PERSONAL LOAN,   PO BOX 30954,
                 SALT LAKE CITY, UT 84130-0954
516906218      +EDI: AIS.COM Dec 14 2018 04:58:00     Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516685212       EDI: DISCOVER.COM Dec 14 2018 04:58:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516675575      +EDI: CITICORP.COM Dec 14 2018 04:59:00     EXXMBLCITI,   PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
516675578      +E-mail/Text: bky@martonelaw.com Dec 14 2018 00:39:13     Frank J. Martone, P.C.,
                 1455 Broad Street,   Bloomfield, NJ 07003-3068
516918238       EDI: PRA.COM Dec 14 2018 04:58:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,   POB 41067,   Norfolk VA 23541
516918338       EDI: PRA.COM Dec 14 2018 04:58:00     Portfolio Recovery Associates, LLC,   c/o Exxonmobil,
                 POB 41067,   Norfolk VA 23541
516918323       EDI: PRA.COM Dec 14 2018 04:58:00     Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,   POB 41067,   Norfolk VA 23541
516675579      +E-mail/Text: tfitzsimmons@rsibanking.com Dec 14 2018 00:39:17     RSI BANK,    1500 IRVING ST,
                 RAHWAY, NJ 07065-4008
516675581      +EDI: SEARS.COM Dec 14 2018 04:59:00     SEARS/CBNA,   PO BOX 6282,    SIOUX FALLS, SD 57117-6282
516675583      +EDI: RMSC.COM Dec 14 2018 04:59:00     SYNCB/HOME DESIGN HVAC,   C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
516675584      +EDI: RMSC.COM Dec 14 2018 04:59:00     SYNCB/LOWES,   PO BOX 965005,    ORLANDO, FL 32896-5005
516675585      +EDI: RMSC.COM Dec 14 2018 04:59:00     SYNCB/MODELLS,   PO BOX 965005,    ORLANDO, FL 32896-5005
516675586      +EDI: CITICORP.COM Dec 14 2018 04:59:00     THD/CBNA,   PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516733059      JPMorgan Chase Bank, N.A.,   po box 29505   Phx, AZ 850385
cr*           +RSI Bank,   1500 Irving St,   Rahway, NJ 07065-4008
516675560*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:   BK OF AMER,   PO BOX 982238,   EL PASO, TX 79998)
516675561*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:   BK OF AMER,   PO BOX 982238,   EL PASO, TX 79998)
516675563*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:   CAPITAL ONE BANK USA N,   15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
516675564*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:   CAPITAL ONE BANK USA N,   15000 CAPITAL ONE DR,
                RICHMOND, VA 23238)
516675569*     +CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850-5298
516675572*     +DISCOVER FIN SVCS LLC,   PO BOX 15316,   WILMINGTON, DE 19850-5316
516675577*     +FNB OMAHA,   PO BOX 3412,   OMAHA, NE 68103-0412
516675580*     +RSI BANK,   1500 IRVING ST,   RAHWAY, NJ 07065-4008
```

```
District/off: 0312-2            User: admin                 Page 2 of 2              Date Rcvd: Dec 13, 2018
                                Form ID: 148                Total Noticed: 29

             ***** BYPASSED RECIPIENTS (continued) *****
516675582*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,   PO Box 283,
                 Trenton, NJ 08695)
                                                                                         TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
             Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Frank J. Martone    on behalf of Creditor    RSI Bank bky@martonelaw.com
             Marie-Ann  Greenberg     magecf@magtrustee.com
             Russell L. Low    on behalf of Debtor Gregory J. Yurick rbear611@aol.com,
              ecf@lowbankruptcy.com;r57808@notify.bestcase.com
             Russell L. Low    on behalf of Joint Debtor Joanne D. Yurick rbear611@aol.com,
              ecf@lowbankruptcy.com;r57808@notify.bestcase.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```