Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−13991−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gregory J. Yurick | Joanne D. Yurick |
| 2349 Whittier Street | 2349 Whittier Street |
| Rahway, NJ 07065 | Rahway, NJ 07065 |

Social Security No.:
   xxx−xx−4836                                          xxx−xx−7497

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 18, 2019</u>                   <u>Vincent F. Papalia</u>
                                        Judge, United States Bankruptcy Court